**MINNESOTA MINES, Inc., v. HOLLAND, Administrator of the Wage and Hour Division, United States Department of Labor.**

No. 2397.

Circuit Court of Appeals, Tenth Circuit.

March 14, 1942.

T. Raber Taylor, of Denver, Colo. (Lewis A. Dick and Pershing, Bosworth, Dick & Dawson, all of Denver, Colo., on the brief), for appellant.

Kenneth P. Montgomery, of Denver, Colo. (Warner W. Gardner, Sol., Irving J. Levy, Associate Sol., and Jacob D. Hyman, Principal Atty., all of Washington, D. C., Samuel P. McChesney, Regional Atty., United States Department of Labor, of St. Louis, Mo., and John S. Forsythe, of Washington, D. C., on the brief), for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PHILLIPS, Circuit Judge.

This is an appeal from an order commanding compliance with a subpoena duces tecum issued by Walter W. King, Regional Director, Region XIII, of the Wage and Hour Division of the Department of Labor.

The authority of the Regional Director to issue the subpoena was not directly challenged below. That he had no authority to issue the subpoena was authoritatively determined by the Supreme Court of the United States in Cudahy Packing Company of Louisiana, Ltd., v. Holland, Administrator, 62 S.Ct. 651, 86 L.Ed. ——, decided March 2, 1942.

Since the subpoena was issued without authority, it was invalid and it was error to command obedience thereto.

Reversed and remanded with directions to vacate the order and dismiss the proceeding.